# Third District Court of Appeal
## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2195
Lower Tribunal No. 17-20306
_____

**Office 163 Condominium Association, Inc.,**
Appellant,

vs.

**Eduardo Namnum,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Waldman Barnett, P.L., Glen H. Waldman, Michael A. Sayre and Julie Levine, for appellant.

Barakat Law, P.A., and Brian Barakat, for appellee.

Before FERNANDEZ, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.